TRACY A. WARREN (SBN: 228013)
ALISSA R. PLEAU-FULLER (SBN: 258907)
CHRISTINA M. MORGAN (SBN: 277877)
**BUCHALTER**
655 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: 619.219.5335
twarren@buchalter.com
apfuller@buchalter.com
cmorgan@buchalter.com

Attorneys for Plaintiff
APPTECH PAYMENTS CORP.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPTECH PAYMENTS CORP.<br><br>       Plaintiff,<br><br>    vs.<br><br>CHRISTOPHER LEYVA, individually and as the trustee of THE LEYVA FAMILY TRUST; and DOES 1-30, inclusive,<br><br>       DEFENDANTS. | CASE NO. 3:25-cv-02946-JO-DDL<br><br>**DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION**<br><br><br>Hearing Date:<br>Hearing Time:<br>Hearing Crtrm: |

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

BUCHALTER 106281847v3

1

**DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

## DECLARATION OF THOMAS DEROSA

I, Thomas DeRosa, declare as follows:

1.    I am an adult over the age of eighteen (18) years of age, and have personal knowledge of the facts set forth herein. If called to testify, I could, and would testify competently to the following facts.

2.    I am the Chief Executive Officer of Plaintiff APPTECH PAYMENTS CORP. ("AppTech"). I am submitting this declaration in support of AppTech's Ex Parte Application for a Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction.

3.    I started working for AppTech in July of 2023 as an advisor and became the CEO at AppTech on December 23, 2024. Due to my work in these roles, I am familiar with AppTech's operations, intellectual property, source code repositories, agreements and policies governing AppTech's confidential information and trade secrets.

## GENERAL BACKGROUND AND TRADE SECRETS PROTECTION

4.    AppTech is a Fintech company headquartered in Carlsbad, California. It utilizes innovative payment processing and digital banking technologies to complement its core merchant services capabilities.

5.    AppTech's patented and proprietary software provides progressive and adaptable products that are available through a suite of synergistic offerings directly to merchants, banking institutions, and business enterprises.

6.    AppTech offers merchant transaction services, processing payments for credit and debit cards through point-of-sale equipment, e-commerce gateways, and gift and loyalty programs.

7.    AppTech has established itself as a specialty payments company with a unique digital platform that powers seamless commerce experiences. It develops

DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE
APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE
RE PRELIMINARY INJUNCTION

proprietary technologies and software, which rely on confidential source code.

8. The specialty payments market is highly competitive and sustaining the business relies heavily upon establishing goodwill with the customers over extended periods of time, and specifically, developing strong commercial and personal relationships with customers.

9. AppTech has 12 years of experience and intelligence, proprietary, and trade secret data vested with the company—information that is not generally known to the public.

10. AppTech has expended considerable time, money, human capital, and other resources and taken risks to acquire and develop its Proprietary Information, as defined below. The Proprietary Information is unique to AppTech, and AppTech takes its protection seriously.

11. AppTech has put several substantial security measures in place to protect its Proprietary Information.

12. These measures include cybersecurity procedures, including computer passwords, routine password changes, and computer event logs; remote wiping of company phones and computers and external drives; employee exit interviews; employee agreements requiring the return of company documents and other property upon separation; nondisclosure and confidentiality agreements; physical security; visitor protocols; facility logs; locked file cabinets; and restricted business premises access.

13. In addition, access to the Proprietary Information is conditioned on use solely by key executives and certain employees. Only AppTech professionals and certain employees are issued login credentials. The credentials may only be used to support AppTech's business. All other uses are unauthorized and forbidden.

14. AppTech employees are not allowed to share passwords with other colleagues, much less with third parties.

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

**DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

15.   AppTech has established strict rules and policies restricting its employees' use of AppTech's Proprietary Information maintained on its computer systems and servers.

16.   AppTech takes precautions to ensure the confidentiality of the Proprietary Information stored on its drives and servers. These protections include the following:

a.   Access is limited to a subgroup of employees on a need-to-know basis.

b.   AppTech issues written policies regarding AppTech's confidentiality policies to expressly prohibit data misuse.

c.   AppTech requires nondisclosure/confidentiality agreements with vendors and third parties as well as with its employees.

d.   AppTech's employees use computers, which are password protected, to gain access to AppTech's network. AppTech's internal data is kept on a need-to-know basis, and its employees have access to information on the network which is consistent with their job duties.

e.   AppTech 

f.   

g.   AppTech also uses physical measures to protect its information.

h.   

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

**DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

1  ████████████████████████████████    ████████████
2  ████████████████████████████████
3    ████████████████████████████████████
4    17.  █████████████████████████████████
5  ██████████████████████████████████████
6  ██████████████████████████████████████
7  ██████████████
8    18.  █████████████████████████████████
9  █████████████
10   19.  █████████████████████████████████
11  ██████████████████████████████████████
12  ██████████████████████████████████████
13  ██████████████████████████████████████
14  ██████████████████████████████████████
15  ███████████████████
16   20.  █████████████████████████████████
17  ██████████████████████████████████████
18  ██████████████████████████████████████
19  ████████████████████
20   21.  █████████████████████████████████
21  ██████████████████████████████████████
22  ██████████████████████████████████████
23  ██████████████████████████████████████
24  ████████████████████████
25   22.  █████████████████████████████████
26  ████████████████████████████████████
27   23.  █████████████████████████████████
28

**DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

BUCHALTER
A Professional Corporation
SAN DIEGO

1    ███████████████████████████████████████████████████████

2    24.  ██████████████████████████████████████████████████

3    ████████████████████████████████████████████████████████

4    █████████████████████████████████

5    25.  ██████████████████████████████████████████████████

6    ████████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████████

8    ███████████████████████████

9    26.  ██████████████████████████████████████████████████

10   ████████████████████████████████████████████████████████

11   ████████████████████████████████████████████████████████

12   ████████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████████

14   ██████████████████████████████████████████

15   27.  ██████████████████████████████████████████████████

16   ████████████████████████████████████████████████████████

17   ████████████████████████████████████████████████████████

18   ████████████████████████████████████████

19   28.  ██████████████████████████████████████████████████

20   ████████████████████████████████████████████████████████

21   █

22   ███████████████████████████████████

23   ████████████████  ██████  ███████  ████████  ███████  █████

24   ████████████████████████████████████████████████████

25   ████████████████████████████████████████████████████

26   ████████████████████████████████████████████████████

27   ████████████████████████████████████████████████████

28

**DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE
APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE
RE PRELIMINARY INJUNCTION**

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

Docusign Envelope ID: 124E2305-7A9B-46CD-881B-531B0EBA4CEE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17     29.

18

19

20     30.

21

22

23

24     31.

25

26

27

28

BUCHALTER
A Professional Corporation
San Diego

**DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE**
**APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**
**RE PRELIMINARY INJUNCTION**

Docusign Envelope ID: 124E2305-7A9B-46CD-981B-531B0EBA4CEE

32. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮

33. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮

▮▮▮▮▮▮

34. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

35. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

36. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮

BUCHALTER 106281847v3

8

**DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

BUCHALTER
A Professional Corporation
San Diego

37. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████

38. ████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████████████

39. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████

40. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████t
████████████████████████████████████████

41. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████

42. ████████████████████████████████████████
██████████████████████████████████████

43. ████████████████████████████████████████

**DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

1

44.

2

3

4

5

6

7

8

45.

9

10

11

12

13

14

15

16

46.

17

18

19

47.

20

48.

21

22

49.

23

24

25

26

27

28

**DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO



**DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

Docusign Envelope ID: 124F2305-7A9D-466D-981B-531B0EBA4CFF

57.

58.

59.

60.

61.

BUCHALTER 106281847v3

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

**DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**



_____

[1] A real-time gross settlement funds transfer system operated by the U.S. Federal Reserve Banks.

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

**DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

1

2

66.

3

4

5

67.

6

7

8

9

68.

10

11

12

69.

13

14

15

16

70.

17

18

19

20

21  **APPTECH'S FORMAL DEMAND AND**

22

71.

23

24

25

72.

26

27

28

**DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

73. ██████████████████████████████
████████████████████████████████████
████████████████████████████████████
███████████████████████

74. ██████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████

75. ██████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
███████████████████████████████

76. ██████████████████████████████
████████████████████████████████████
████████████

77. ████████████████████████████████████████

78. ██████████████████████████████
███████████████████████████

79. ██████████████████████████████
████████████████████████████████████
████████████████████████████████

80. ██████████████████████████████
████████████████████████████████████
████████████████████████████████████

BUCHALTER 106281847v3

15

**DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE
APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE
RE PRELIMINARY INJUNCTION**

BUCHALTER
A Professional Corporation
San Diego

1 ████████████████████████████████████████████████████████

2 █████████

3 ██████████████████████████████████████████████████████

4 ███████████ ██ ██████████ ██ ████████ ██ ████████ ██ ██ ██████ .

5 ██████████████████████████████████

6     81.  ██████████████████████████████

7 ████████████████████████████████████████████████████████

8 ███████████████████

9    ██  ████████████████  ██████████████████

10 ████████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████████

12 ████████████████████████████████████████████████████████

13 ████████████████████████████████████████████████████████ .

14     83.  ██████████████████████████████

15 ████████████████████████████████████████████████████████

16 ████████████████████████████████████████████████████████

17 ████████████████

18     84.  ██████████████████████████████

19 ████████████████████████████████████████████████████████

20 ████████████████████████████████████████████████████████

21 ████████████████████████████████████████████████████████

22 ████████████████████████████████████████████████████████

23 ████████████████████████████████████████████████████████

24 ████████████████████████████████████████████████████████

25 ████████████████████████████████████████████████████████

26 ████████████████████████████████████████████████████████

27 ████████████████████████████████████████████████████████

28

**DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

BUCHALTER
A Professional Corporation
San Diego

85.

86.

87.

88.

**DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

1 ████████████████████████████████████████████

2 ████████████████████████████████████████████

3 █████████████████████████████████

4  89. ████████████████████████████████████

5 ████████████████████████████████████████████

6 ████████████████████████████████████████████

7 ████████████████

8 ## APPTECH HAS NO ADEQUATE REMEDY AT LAW

9  90. ████████████████████████████████████

10 ████████████████████████████████████████████

11 ████████████████████████████████████████████

12 ████████████████████████████████████████████

13 █████████████████  ████████████████████████

14 ████████████████████████████████████████████

15 ████████████████████████████████████████████

16 ████████████████████████████████████████████

17 ████████████████████████████████████████████

18 ████████████████████████████████████████████

19 ███████████

20  91. ████████████████████████████████████

21 ████████████████████████████████████████████

22 ████████████████████████████████████████████

23 ████████████████████████████

24  92. ████████████████████████████████████

25 ██████████████████████

26  93. ████████████████████████████████████

27 ████████████████████████████████████████████

28

BUCHALTER
A Professional Corporation
San Diego

**DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

1  ██████████████████████████████████████████████████████

2  ████████████████████████████████████████████████████████

3  ██████████████████████████████████████████████

4  94.  █████████████████████████████████████████████

5  ██████████████████████████████████████████  ████████

6  ████████████████████████████████████████████████████████

7  ████████████████████████████████████████████████████████

8  ██████████

9  95.  ██████████████████████████████████████████████

10  ████████████████████████████████████████████████████████

11  ████████████████████████████████████████████████████████

12  ████████████████████

13  96.  ██████████████████████████████████████████████

14  ██████████████████████████████████████████████████████

15  97.  ██████  ███████  █████  █████  ████████  ████  ████

16  ████████████████████████████████████████████████████████

17  ████████████████████████████████████████████████████████

18  ████

19  98.  █████████████████████████████████████████████

20  ████████████████████████████████████████████████████████

21  ████████████████████████████████████████████████████████

22  ████████████████████████████████████████████████████████

23  ████████████████████████████████████████████████████████

24  ████████████

25  99.  █████████████████████████████████████████████

26  ████████████████████████████████████████████████████████

27  ████████████████████████████████████████████████████████

28

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

**DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE
APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE
RE PRELIMINARY INJUNCTION**



100.

101.

### **NECESSITY FOR IMMEDIATE EMERGENCY RELIEF**

102.   Immediate emergency relief from this Court is the only means to prevent significant harm to AppTech. Each passing hour increases the risk that Leyva will significantly harm AppTech.

103.   A temporary restraining order is necessary to immediately prohibit Leyva from disabling the URL and from using, accessing or interfering with any of AppTech's trade secrets/Proprietary Information.

104.   Delaying relief even by a short time could result in the permanent loss of critical data and exposure of AppTech's trade secrets. AppTech faces an ongoing and escalating emergency due to Leyva's recent actions and threats. Without swift intervention by the Court, AppTech is at immediate risk of irreparable harm to its operations and confidential business assets.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on this 30th day of October, 2025, at Carlsbad, California.



Thomas DeRosa

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

**DECLARATION OF THOMAS DEROSA IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

# EXHIBIT 1

REDACTED

# EXHIBIT 2

REDACTED

# EXHIBIT 3

REDACTED

# EXHIBIT 4

REDACTED

# EXHIBIT 5

REDACTED

# EXHIBIT 6

REDACTED

**EXHIBIT 7**

REDACTED

# EXHIBIT 8

REDACTED

# EXHIBIT 9

REDACTED

# EXHIBIT 10

REDACTED

**EXHIBIT 11**

REDACTED

**EXHIBIT 12**

REDACTED